**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-2308**

In re:  VICTOR B. PERKINS,

      Petitioner.

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of North Carolina at Raleigh.  (5:23-ct-03092-M-RJ)

Submitted:  January 17, 2024                    Decided:  February 21, 2024

Before KING and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Victor Bernard Perkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor Bernard Perkins petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his civil rights complaint. He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2